616 A.2d 521

IN THE MATTER OF ROBERT T. NORTON,
AN ATTORNEY AT LAW.

December 1, 1992.

ORDER

This matter having been duly presented to the Court, it is ORDERED that ROBERT T. NORTON of WESTFIELD, who was admitted to the Bar of this State in 1972, and who was suspended from the practice of law for three months by Order of this Court dated July 10, 1992, be restored to the practice of law, effective immediately.